**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Centennial Housing & Community Services Corp.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | **DBA  Washington Regional Medical Center** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **84-2516855** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **958 Hwy 64 East** <br> **Plymouth, NC 27962** <br> Number, Street, City, State & ZIP Code | _____ <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Washington** <br> County | **Location of principal assets, if different from principal place of business** <br><br> _____ <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **washingtonregionalmedical.org** |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Centennial Housing & Community Services Corp.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.** **Describe debtor's business**      A. *Check one:*

☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☑ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

Debtor   **Centennial Housing & Community Services Corp.**          Case number (*if known*) _____

Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

☑ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor | **CAH Acquisition Company #1, LLC** | Relationship _____ |
| District | **EDNC**      When **2/19/19** | Case number, if known **19-00730-5-JNC** |

---

**11. Why is the case filed in *this district*?**    *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

██ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

Debtor   **Centennial Housing & Community Services Corp.**    Case number (*if known*) _____
　　　　　Name

| **16.** | **Estimated liabilities** | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|---|---|
| | | ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Centennial Housing & Community Services Corp.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **October 29, 2024**
　　　　　　　　　 MM / DD / YYYY

**X** **/s/ Todd Mobley**　　　　　　　　　　　　　　　　　　**Todd Mobley**
　　 Signature of authorized representative of debtor　　　　　　Printed name

Title     **Chairman of the Board**

**18. Signature of attorney**

**X** **/s/ Jason L. Hendren**　　　　　　　　　　　　Date **October 29, 2024**
　　 Signature of attorney for debtor　　　　　　　　　　　　 MM / DD / YYYY

**Jason L. Hendren**
Printed name

**Hendren, Redwine & Malone, PLLC**
Firm name

**4600 Marriott Drive**
**Suite 150**
**Raleigh, NC 27612**
Number, Street, City, State & ZIP Code

Contact phone     **(919) 420-7867**　　　　Email address     **jhendren@hendrenmalone.com**

**NC State Bar 26869 NC**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Centennial Housing & Community Services Corp.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  **Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule*

■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 29, 2024**          X */s/ Todd Mobley*
                                               Signature of individual signing on behalf of debtor

                                               **Todd Mobley**
                                               Printed name

                                               **Chairman of the Board**
                                               Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Centennial Housing & Community Services Corp.** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NORTH CAROLINA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
                                                                                    12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Abbot Laboratories Attn: Managing Agent P.O. Box 92679 Chicago, IL 60675** | | **Business debt** | | | | **$47,815.25** |
| **Addison Group Attn: Manaing Agent 7076 Solutions Center Chicago, IL 60677** | | **Business debt** | | | | **$206,615.53** |
| **American Hospital Assoc. Attn: Managing Agent P.O. Box 92247 Chicago, IL 60675** | | **Business debt** | | | | **$4,676.00** |
| **Clark Hill Attn: Managing Agent 500 Woodward Ave, Ste 3500 Detroit, MI 48226** | | **Business debt** | | | | **$26,137.50** |
| **Coltrain Mechanical, Inc. Attn: Managing Agent 1110 Cabin Trail Jamesville, NC 27846** | | **Business debt** | | | | **$4,850.00** |
| **Cummins Sales and Service Attn: Managing Agent P.O. Box 741295 Atlanta, GA 30384** | | **Business debt** | | | | **$7,921.22** |

Debtor   **Centennial Housing & Community Services Corp.**                    Case number *(if known)* _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Dominion Energy Attn: Managing Agent P.O. Box 100256 Columbia, SC 29202** | | **Utility** | | | | **$342,169.48** |
| **Favorite Healthcare Staffing, LLC c/o David J. Noonan 32 Tanglewood Road Amherst, MA 01002** | | **Potential breach of contract claim** | **Disputed** | | | **$220,924.90** |
| **GE c/o Michael Bach, Esq. 25 Whitley Drive, Suite 106 Milford, OH 45150** | | **Business debt** | | | | **$53,470.85** |
| **Lab Corp. of America Attn: Managing Agent P.O. Box 12140 Burlington, NC 27216** | | **Business debt- lawsuit (Wake County Case No. 23 CVD 007959)** | | | | **$80,000.00** |
| **Marcus Butler c/o Derek Obialo 1415 North Loop West, Ste 1140 Houston, TX 77008** | | **Settlement in Collin Co, TX District Court Case No. 471-05609-2023** | | | | **$110,000.00** |
| **Microsoft Attn: Managing Agent 1 Microsoft Way Redmond, WA 98052** | | **Business debt** | | | | **$4,287.60** |
| **Pharmacare Attn: Managing Agent P.O. Box 1240 Blanco, TX 78606** | | **Business debt** | | | | **$1,565,138.86** |
| **Philips Healthcare Attn: Managing Agent P.O. Box 100355 Atlanta, GA 30384** | | **Business debt** | | | | **$755.42** |
| **Roanoke Medical Transport Attn: Managing Agent P.O. Box 1308 Walterboro, SC 29488** | | **Business debt** | | | | **$3,863.20** |

Debtor    **Centennial Housing & Community Services Corp.**          Case number *(if known)* _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Sysinformation c/o Rich Villa 1801 South MoPac Expressway Ste 320 Austin, TX 78746** | | **Settlement** | | | | **$62,000.00** |
| **The Rybar Company Attn: Managing Agent 3150 Owen Road Fenton, MI 48430** | | **Accounting services** | | | | **$325,000.00** |
| **Town of Plymouth Attn: Managing Agent 124 E. Water Street Plymouth, NC 27962** | | **Disputed taxes assessed to non-profit** | **Disputed** | | | **$80,736.43** |
| **Washington County Tax Office Attn: Managing Agent P.O. Box 1007 Plymouth, NC 27962** | | **Disputed taxes assessed to non-profit** | **Disputed** | | | **$159,883.40** |
| **WRMC NC PROPCO LLC Attn: Managing Agent P.O. Box 130H Scarsdale, NY 10583** | | **25 bed hospital located at 958 Hwy 64 East, Plymouth including medical office buildings and office buildings.** | **Disputed** | **$8,163,408.13** | **$4,125,000.00** | **$4,038,408.13** |

| Fill in this information to identify the case: |
|---|

Debtor name   **Centennial Housing & Community Services Corp.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

**Part 1:   Summary of Assets**

1.   **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*............................................................................................   $     **4,125,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.........................................................................................   $     **2,845,517.69**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...........................................................................................   $     **6,970,517.69**

**Part 2:   Summary of Liabilities**

2.   **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $     **8,422,408.13**

3.   **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................   $     **240,619.83**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................   +$     **3,067,022.15**

4.   **Total liabilities** ............................................................................................................
    Lines 2 + 3a + 3b        $     **11,730,050.11**

**Fill in this information to identify the case:**

Debtor name    **Centennial Housing & Community Services Corp.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. **Cash on hand** | | | **$0.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **US Bank (CMS Account)** | **Operating** | **7994** | **$0.00** |
| 3.2. | **US Bank** | **Payroll** | **7952** | **$0.00** |
| 3.3. | **Funds held by management company** | | | **$1,439.40** |
| 3.4. | **Southern Bank account** | **Petty cash** | **3768** | **$6,048.45** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    **$7,487.85**

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

Debtor **Centennial Housing & Community Services Corp.**       Case number *(If known)* _____
Name

□ No.  Go to Part 3.
□ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

□ No.  Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

     11a. 90 days old or less:      **4,119,931.93**    -      **2,459,287.58**   =....      **$1,660,644.35**
                       face amount                 doubtful or uncollectible accounts

     11b. Over 90 days old:      **4,573,854.87**    -      **4,116,469.38**   =....      **$457,385.49**
                       face amount                 doubtful or uncollectible accounts

12.     **Total of Part 3.**

     Current value on lines 11a + 11b = line 12.  Copy the total to line 82.          **$2,118,029.84**

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
□ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

□ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.   **Raw materials** | | | | |
| 20.   **Work in progress** | | | | |
| 21.   **Finished goods, including goods held for resale** | | | | |
| 22.   **Other inventory or supplies** **Medical supply inventory** | **1/1/24** | **Unknown** | **Recent cost** | **$300,000.00** |

23.     **Total of Part 5.**

     Add lines 19 through 22.  Copy the total to line 84.          **$300,000.00**

24.     **Is any of the property listed in Part 5 perishable?**
     ■ No
     □ Yes

25.     **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
     ■ No

Debtor    **Centennial Housing & Community Services Corp.**        Case number *(if known)* _____
Name

☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.    **Office furniture** Furniture, medical equipment, etc. located at Washington Regional | Unknown | N/A | $100,000.00 |
| Furniture, medical equipment, etc. located at Williamston Primary Care Clinic | Unknown | N/A | $10,000.00 |
| Furniture, medical equipment, etc. located at Plymouth Primary Care | Unknown | N/A | $10,000.00 |
| 40.    **Office fixtures** | | | |
| 41.    **Office equipment, including all computer equipment and communication systems equipment and software** Computers, printers, two server rooms, security hardware, optical network, phone systems, etc.. | Unknown | N/A | $300,000.00 |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| $420,000.00 |
|---|

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

Debtor   **Centennial Housing & Community Services Corp.**
　　　　　　Name

Case number *(If known)* _____

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
| --- | --- |

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

55.　　　Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 55.1. **25 bed hospital located at 958 Hwy 64 East, Plymouth including medical office buildings and office buildings.** | Fee Simple | Unknown | Appraisal | $4,125,000.00 |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| $4,125,000.00 |
| --- |

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☑ Yes

| Part 10: | Intangibles and intellectual property |
| --- | --- |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** **washingtonregionalmedical.org** | Unknown | | Unknown |
| 62. **Licenses, franchises, and royalties** | | | |

| Debtor | **Centennial Housing & Community Services Corp.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| Medicare number, state license, Medicaid license | | **Unknown** | | **Unknown** |
|---|---|---|---|---|

63.   **Customer lists, mailing lists, or other compilations**

64.   **Other intangibles, or intellectual property**

65.   **Goodwill**

66.   **Total of Part 10.**
      Add lines 60 through 65. Copy the total to line 89.

      **$0.00**

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
      ■ No
      ☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
      ■ No
      ☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 11:   All other assets**

70.   **Does the debtor own any other assets that have not yet been reported on this form?**
      Include all interests in executory contracts and unexpired leases not previously reported on this form.

      ☐ No.  Go to Part 12.
      ■ Yes Fill in the information below.

      | | Current value of debtor's interest |
      |---|---|

71.   **Notes receivable**
      Description (include name of obligor)

72.   **Tax refunds and unused net operating losses (NOLs)**
      Description (for example, federal, state, local)

73.   **Interests in insurance policies or annuities**

74.   **Causes of action against third parties (whether or not a lawsuit has been filed)**

      **Potential Meditech lawsuit**                                                                    **Unknown**

      | Nature of claim | **Contract** |
      |---|---|
      | Amount requested | **$0.00** |

75.   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

Debtor     **Centennial Housing & Community Services Corp.**
                Name

Case number *(If known)* _____

| | |
|---|---|
| 78. | **Total of Part 11.** | | $0.00 |
| | Add lines 71 through 77. Copy the total to line 90. | |

79.     **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor    **Centennial Housing & Community Services Corp.**                Case number *(If known)* _____
                Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $7,487.85 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,118,029.84 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $300,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $420,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*....................................................> | | $4,125,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* + | $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,845,517.69 + 91b. | $4,125,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $6,970,517.69 |

| Fill in this information to identify the case: |
|---|
| Debtor name  **Centennial Housing & Community Services Corp.** |
| United States Bankruptcy Court for the:  EASTERN DISTRICT OF NORTH CAROLINA |
| Case number (if known) |

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Change Capital Holdings I, LLC**<br>Creditor's Name<br><br>**Attn: Managing Agent**<br>**600 Madison Avenue**<br>**New York, NY 10022**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**6/9/2021**<br>**Last 4 digits of account number** | **Describe debtor's property that is subject to a lien**<br>**Blanket lien**<br><br><br>**Describe the lien**<br>**UCC-1**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $0.00 | $0.00 |
| **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | | |
| **2.2** **Diamond Stone Funding, Inc.**<br>Creditor's Name<br><br>**Attn: Managing Agent**<br>**1 Paragon Drive**<br>**Montvale, NJ 07615**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**1/12/2023**<br>**Last 4 digits of account number** | **Describe debtor's property that is subject to a lien**<br>**Future receivables**<br><br><br>**Describe the lien**<br>**UCC-1**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $0.00 | $0.00 |

Debtor **Centennial Housing & Community Services Corp.**
Name

Case number *(if known)* _____

---

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.3 | **McKesson Corp.** | **Describe debtor's property that is subject to a lien** | $59,000.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**Attn: Managing Agent
6651 Fate Parkway
Jacksonville, FL
32256-6000**
Creditor's mailing address

**Blanket lien**

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**7/7/2021**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **NFS Leasing, Inc.** | **Describe debtor's property that is subject to a lien** | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

**Attn: Managing Agent
900 Cummings Center,
Suite 226U
Beverly, MA 01915**
Creditor's mailing address

**Equipment in Master Lease**

**Describe the lien**
**UCC-1 (CA)**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**7/30/2024**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.5 | **Task Force BPO, LLC** | **Describe debtor's property that is subject to a lien** | $200,000.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**Attn: Managing Agent
6513 Kingston Pike, Ste
201
Knoxville, TN 37919**

**Blanket lien**

---

Debtor    **Centennial Housing & Community Services Corp.**                    Case number (*if known*) _____
_____
            Name

| | |
|---|---|
| Creditor's mailing address | **Describe the lien** |
| | UCC-1, Knox Co TN lawsuit |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No |
| **9/8/2023** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.6 | **Thomas W. Waldrep, Ch11 Trustee** | **Describe debtor's property that is subject to a lien** | **$0.00** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | Blanket Lien | | |

**for CAH Acquistion Co. #1, LLC**
**370 Knollwood Street,**
**Suite 600**
**Winston Salem, NC 27103**
Creditor's mailing address

**Describe the lien**
UCC-1 (CA)

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**9/29/2020**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **WRMC NC PROPCO LLC** | **Describe debtor's property that is subject to a lien** | **$8,163,408.13** | **$4,125,000.00** |
|---|---|---|---|---|
| | Creditor's Name | 25 bed hospital located at 958 Hwy 64 East, Plymouth including medical office buildings and office buildings. | | |

**Attn: Managing Agent**
**P.O. Box 130H**
**Scarsdale, NY 10583**
Creditor's mailing address

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**11/3/2022**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor    **Centennial Housing & Community Services Corp.**                    Case number (*if known*) _____
_____Name_____

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | **$8,422,408.13** |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Bradley D. Piner**<br>**Colombo Kitchin Dunn Ball & Porter**<br>**1698 E. Arlington Blvd.**<br>**Greenville, NC 27858** | Line  **2.7** | |
| **M&T Bank**<br>**Attn: Managing Agent or Officer**<br>**One M&T Plaza**<br>**Buffalo, NY 14203** | Line  **2.4** | |

**Fill in this information to identify the case:**

Debtor name __**Centennial Housing & Community Services Corp.**__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF NORTH CAROLINA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:     List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Centralized Insolvency Operations**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| Date or dates debt was incurred | Basis for the claim:<br>**For Notice Purposes Only** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

|  | | Total claim | Priority amount |
|---|---|---|---|
| **2.2** Priority creditor's name and mailing address<br>**NC Department of Revenue**<br>**Attn: Bankruptcy Unit**<br>**P.O. Box 1168**<br>**Raleigh, NC 27602-1168** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| Date or dates debt was incurred | Basis for the claim:<br>**For Notice Purposes Only** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | **Centennial Housing & Community Services Corp.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**2.3** Priority creditor's name and mailing address

**NC Dept. of Labor, DES**
**Attn: Managing Agent**
**P.O. Box 26504**
**Raleigh, NC 27611**

As of the petition filing date, the claim is: **Unknown** **Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4** Priority creditor's name and mailing address

**Town of Plymouth**
**Attn: Managing Agent**
**124 E. Water Street**
**Plymouth, NC 27962**

As of the petition filing date, the claim is: **$80,736.43** **$80,736.43**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Disputed taxes assessed to non-profit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5** Priority creditor's name and mailing address

**Washington County Tax Office**
**Attn: Managing Agent**
**P.O. Box 1007**
**Plymouth, NC 27962**

As of the petition filing date, the claim is: **$159,883.40** **$159,883.40**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Disputed taxes assessed to non-profit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** Nonpriority creditor's name and mailing address

**Abbot Laboratories**
**Attn: Managing Agent**
**P.O. Box 92679**
**Chicago, IL 60675**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$47,815.25**

| Debtor | Centennial Housing & Community Services Corp. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.2** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$206,615.53**

Addison Group
Attn: Manaing Agent
7076 Solutions Center
Chicago, IL 60677

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Airgas
Attn: Managing Agent
1374 N. Broad Street
Edenton, NC 27932

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,676.00**

American Hospital Assoc.
Attn: Managing Agent
P.O. Box 92247
Chicago, IL 60675

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,137.50**

Clark Hill
Attn: Managing Agent
500 Woodward Ave, Ste 3500
Detroit, MI 48226

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,850.00**

Coltrain Mechanical, Inc.
Attn: Managing Agent
1110 Cabin Trail
Jamesville, NC 27846

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,921.22**

Cummins Sales and Service
Attn: Managing Agent
P.O. Box 741295
Atlanta, GA 30384

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

D.S. Swain Gas Co.
Attn: Managing Agent
685 NC Hwy 32 S
Plymouth, NC 27962

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utility**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Centennial Housing & Community Services Corp.**          Case number *(if known)* _____
           Name

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dobies Healthcare & Assoc.**
Attn: Managing Agent
110 W 9th Street, Ste 100
Kansas City, MO 64105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number _          Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$342,169.48** |
|---|---|---|---|

**Dominion Energy**
Attn: Managing Agent
P.O. Box 100256
Columbia, SC 29202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Utility__

Last 4 digits of account number _          Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dysphagia Management Services LLC**
Attn: Managing Agent
5763 Wilena Place
Sarasota, FL 34238

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number _          Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**EPOWERdoc Inc.**
Attn: Managing Agent
P.O. Box 88218
Atlanta, GA 30356

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number _          Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$220,924.90** |
|---|---|---|---|

**Favorite Healthcare Staffing, LLC**
c/o David J. Noonan
32 Tanglewood Road
Amherst, MA 01002

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Potential breach of contract claim__

Last 4 digits of account number _          Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$53,470.85** |
|---|---|---|---|

**GE**
c/o Michael Bach, Esq.
25 Whitley Drive, Suite 106
Milford, OH 45150

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number _          Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Huron Consulting Services. LLC**
Attn: Managing Agent
550 W. Van Buren Street
Chicago, IL 60607

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __12/12/2023__

**Basis for the claim:** __Settlement__

Last 4 digits of account number _          Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Centennial Housing & Community Services Corp.**          Case number *(if known)* _____
        Name

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80,000.00 |

**Lab Corp. of America**
**Attn: Managing Agent**
**P.O. Box 12140**
**Burlington, NC 27216**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt- lawsuit (Wake County Case No. 23 CVD 007959)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $110,000.00 |

**Marcus Butler**
**c/o Derek Obialo**
**1415 North Loop West, Ste 1140**
**Houston, TX 77008**

Date(s) debt was incurred  **6/10/2024**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Settlement in Collin Co, TX District Court Case No. 471-05609-2023**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,287.60 |

**Microsoft**
**Attn: Managing Agent**
**1 Microsoft Way**
**Redmond, WA 98052**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**MXR Imaging, Inc.**
**Attn: Managing Agent**
**4909 Murphy Canyon Rd, Ste 120**
**San Diego, CA 92123**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt- lawsuit (Court of Common Pleas. Cuyahoga Co., OH CV24 9975 82)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $120.00 |

**NC Dept. of Health & Human Services**
**Attn: Legal**
**1632 Mail Service Center**
**Raleigh, NC 27699**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |

**NC Dept. of Labor**
**Attn: Legal**
**1101 Mail Service Center**
**Raleigh, NC 27699**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**NC Radiation Protection Section**
**Attn: Managing Agent**
**1645 Mail Service Center**
**Raleigh, NC 27699**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Centennial Housing & Community Services Corp.**          Case number *(if known)* _____
          Name

| | |
|---|---|
| 3.23 | **$626.34** |

**Nonpriority creditor's name and mailing address**

**Optimum Business**
**Attn: Managing Agent**
**1111 Stewart Ave**
**Bethpage, NY 11714**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.24 | **$1,565,138.86** |

**Nonpriority creditor's name and mailing address**

**Pharmacare**
**Attn: Managing Agent**
**P.O. Box 1240**
**Blanco, TX 78606**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.25 | **$755.42** |

**Nonpriority creditor's name and mailing address**

**Philips Healthcare**
**Attn: Managing Agent**
**P.O. Box 100355**
**Atlanta, GA 30384**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.26 | **Unknown** |

**Nonpriority creditor's name and mailing address**

**Republic Media**
**Attn: Managing Agent**
**2602 Hamrick Court**
**Winterville, NC 28590**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.27 | **Unknown** |

**Nonpriority creditor's name and mailing address**

**Republic Services**
**Attn: Managing Agent**
**P.O. Drawer 1527**
**Washington, NC 27889**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.28 | **$3,863.20** |

**Nonpriority creditor's name and mailing address**

**Roanoke Medical Transport**
**Attn: Managing Agent**
**P.O. Box 1308**
**Walterboro, SC 29488**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.29 | **Unknown** |

**Nonpriority creditor's name and mailing address**

**Roanoke Therapy Services, Inc.,**
**Attn: Managing Agent**
**P.O. Box 1181**
**Williamston, NC 27892**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Centennial Housing & Community Services Corp.**                    Case number *(if known)* _____
      <u>Name</u>

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**SoundSide Group, Inc.**
**Attn: Managing Agent**
**128 Cypress Road**
**Williamston, NC 27892**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$62,000.00** |
|---|---|---|---|

**Sysinformation**
**c/o Rich Villa**
**1801 South MoPac Expressway Ste 320**
**Austin, TX 78746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Settlement__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Terminix**
**Attn: Managing Agent**
**P.O. Box 2587**
**Fayetteville, NC 28302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**TevixMD Corporation**
**Attn: Managing Agent**
**P.O. Box 740643**
**Atlanta, GA 30374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$325,000.00** |
|---|---|---|---|

**The Rybar Company**
**Attn: Managing Agent**
**3150 Owen Road**
**Fenton, MI 48430**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Accounting services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**US Med-Equip, LLC**
**Attn: Managing Agent**
**P.O. Box 4339**
**Houston, TX 77210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Waystar**
**Attn: Managing Agent**
**1311 Solutions Center**
**Chicago, IL 60677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Centennial Housing & Community Services Corp.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**3.37**

**Whitecap Linen**
**Attn: Managing Agent**
**P.O. Box 539**
**Columbia, NC 27925**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

**3.38**

**Williams Heating & Cooling**
**Attn: Managing Agent**
**760 W. Firetower Road, Ste 107**
**Winterville, NC 28590**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Huron Consulting Services. LLC**<br>**Attn: Managing Agent**<br>**3005 Momentum Place**<br>**Chicago, IL 60689** | Line **3.15**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Huron Transaction Advisory, LLC**<br>**Attn: Managing Agent**<br>**550 W. Van Buren Street**<br>**Chicago, IL 60607** | Line **3.15**<br>☐ Not listed. Explain ____ | _ |

---

**Part 4:**  **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 240,619.83 |
| 5b. Total claims from Part 2 | 5b. + | $ 3,067,022.15 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 3,307,641.98 |

**Fill in this information to identify the case:**

Debtor name    **Centennial Housing & Community Services Corp.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Management Services Agreement** |
| State the term remaining | **Affinity Health Partners. LLC** |
| List the contract number of any government contract | **Attn: Managing Agent**<br>**651 N. Broad Street, Ste 201**<br>**Middletown, DE 19709** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **Employment agreement** |
| State the term remaining | **Dr. Bora Duruman** |
| List the contract number of any government contract | **958 US 64**<br>**Plymouth, NC 27962** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **Employment agreement** |
| State the term remaining | **Dr. John Meredith** |
| List the contract number of any government contract | **958 US 64**<br>**Plymouth, NC 27962** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest | **Lease of CT scanner** |
| State the term remaining | **NFS Leasing, Inc.** |
| List the contract number of any government contract | **Attn: Managing Agent**<br>**900 Cummings Center, Suite 226U**<br>**Beverly, MA 01915** |

**Fill in this information to identify the case:**

Debtor name    **Centennial Housing & Community Services Corp.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**      Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Affinity Health Partners. LLC** | **Attn: Managing Agent**<br>**651 N. Broad Street, Ste 201**<br>**Middletown, DE 19709** | **Huron Consulting Services. LLC** | ☐ D _____<br>☑ E/F   **3.15**<br>☐ G _____ |
| 2.2 | **Affinity Health Partners. LLC** | **Attn: Managing Agent**<br>**651 N. Broad Street, Ste 201**<br>**Middletown, DE 19709** | **Task Force BPO, LLC** | ☑ D   **2.5**<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Affinity Health Partners. LLC** | **Attn: Managing Agent**<br>**651 N. Broad Street, Ste 201**<br>**Middletown, DE 19709** | **Marcus Butler** | ☐ D _____<br>☑ E/F   **3.17**<br>☐ G _____ |
| 2.4 | **Affinity Health Partners. LLC** | **Attn: Managing Agent**<br>**651 N. Broad Street, Ste 201**<br>**Middletown, DE 19709** | **Lab Corp. of America** | ☐ D _____<br>☑ E/F   **3.16**<br>☐ G _____ |

Debtor   **Centennial Housing & Community Services Corp.**          Case number *(if known)* _____

▮  **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.5 **Affinity Health Partners. LLC** | Attn: Managing Agent 651 N. Broad Street, Ste 201 Middletown, DE 19709 | **Change Capital Holdings I, LLC** | ▣ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.6 **Affinity Health Partners. LLC** | Attn: Managing Agent 651 N. Broad Street, Ste 201 Middletown, DE 19709 | **Favorite Healthcare Staffing, LLC** | ☐ D _____ ▣ E/F __3.13__ ☐ G _____ |
| 2.7 **Frank Avignone** | 958 Hwy 64 East Plymouth, NC 27962 | **Task Force BPO, LLC** | ▣ D __2.5__ ☐ E/F _____ ☐ G _____ |
| 2.8 **Frank Avignone** | 958 Hwy 64 East Plymouth, NC 27962 | **MXR Imaging, Inc.** | ☐ D _____ ▣ E/F __3.19__ ☐ G _____ |
| 2.9 **Frank Avignone** | 958 Hwy 64 East Plymouth, NC 27962 | **Change Capital Holdings I, LLC** | ▣ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.10 **Frank Avignone** | 958 Hwy 64 East Plymouth, NC 27962 | **Favorite Healthcare Staffing, LLC** | ☐ D _____ ▣ E/F __3.13__ ☐ G _____ |

# United States Bankruptcy Court
## Eastern District of North Carolina

In re    **Centennial Housing & Community Services Corp.**      Case No. _____

Debtor(s)      Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**-NONE-**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chairman of the Board** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **October 29, 2024**        Signature   **/s/ Todd Mobley**

**Todd Mobley**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**Eastern District of North Carolina**

In re   **Centennial Housing & Community Services Corp.**                        Case No.
_____
                                          Debtor(s)          Chapter    **11**
                                                             _____

## VERIFICATION OF CREDITOR MATRIX

I, the Chairman of the Board of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true

and correct to the best of my knowledge.


Date:   **October 29, 2024**                         **/s/ Todd Mobley**
_____             _____
                                           **Todd Mobley**/**Chairman of the Board**
                                           Signer/Title

Abbot Laboratories
Attn: Managing Agent
P.O. Box 92679
Chicago, IL 60675

Coltrain Mechanical, Inc.
Attn: Managing Agent
1110 Cabin Trail
Jamesville, NC 27846

EPOWERdoc Inc.
Attn: Managing Agent
P.O. Box 88218
Atlanta, GA 30356

Addison Group
Attn: Manaing Agent
7076 Solutions Center
Chicago, IL 60677

Cummins Sales and Service
Attn: Managing Agent
P.O. Box 741295
Atlanta, GA 30384

Favorite Healthcare Staffing, LLC
c/o David J. Noonan
32 Tanglewood Road
Amherst, MA 01002

Affinity Health Partners. LLC
Attn: Managing Agent
651 N. Broad Street, Ste 201
Middletown, DE 19709

D.S. Swain Gas Co.
Attn: Managing Agent
685 NC Hwy 32 S
Plymouth, NC 27962

Frank Avignone
958 Hwy 64 East
Plymouth, NC 27962

Airgas
Attn: Managing Agent
1374 N. Broad Street
Edenton, NC 27932

Diamond Stone Funding, Inc.
Attn: Managing Agent
1 Paragon Drive
Montvale, NJ 07615

GE
c/o Michael Bach, Esq.
25 Whitley Drive, Suite 106
Milford, OH 45150

American Hospital Assoc.
Attn: Managing Agent
P.O. Box 92247
Chicago, IL 60675

Dobies Healthcare & Assoc.
Attn: Managing Agent
110 W 9th Street, Ste 100
Kansas City, MO 64105

Huron Consulting Services. LLC
Attn: Managing Agent
550 W. Van Buren Street
Chicago, IL 60607

Bankruptcy Administrator, EDNC
434 Fayetteville Street
Suite 640
Raleigh, NC 27601

Dominion Energy
Attn: Managing Agent
P.O. Box 100256
Columbia, SC 29202

Huron Consulting Services. LLC
Attn: Managing Agent
3005 Momentum Place
Chicago, IL 60689

Bradley D. Piner
Colombo Kitchin Dunn Ball & Porter
1698 E. Arlington Blvd.
Greenville, NC 27858

Dr. Bora Duruman
958 US 64
Plymouth, NC 27962

Huron Transaction Advisory, LLC
Attn: Managing Agent
550 W. Van Buren Street
Chicago, IL 60607

Change Capital Holdings I, LLC
Attn: Managing Agent
600 Madison Avenue
New York, NY 10022

Dr. John Meredith
958 US 64
Plymouth, NC 27962

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Clark Hill
Attn: Managing Agent
500 Woodward Ave, Ste 3500
Detroit, MI 48226

Dysphagia Management Services LLC
Attn: Managing Agent
5763 Wilena Place
Sarasota, FL 34238

Lab Corp. of America
Attn: Managing Agent
P.O. Box 12140
Burlington, NC 27216

M&T Bank
Attn: Managing Agent or Officer
One M&T Plaza
Buffalo, NY 14203

NC Radiation Protection Section
Attn: Managing Agent
1645 Mail Service Center
Raleigh, NC 27699

SoundSide Group, Inc.
Attn: Managing Agent
128 Cypress Road
Williamston, NC 27892

Marcus Butler
c/o Derek Obialo
1415 North Loop West, Ste 1140
Houston, TX 77008

NFS Leasing, Inc.
Attn: Managing Agent
900 Cummings Center, Suite 226U
Beverly, MA 01915

Sysinformation
c/o Rich Villa
1801 South MoPac Expressway Ste 32
Austin, TX 78746

McKesson Corp.
Attn: Managing Agent
6651 Fate Parkway
Jacksonville, FL 32256-6000

Optimum Business
Attn: Managing Agent
1111 Stewart Ave
Bethpage, NY 11714

Task Force BPO, LLC
Attn: Managing Agent
6513 Kingston Pike, Ste 201
Knoxville, TN 37919

Microsoft
Attn: Managing Agent
1 Microsoft Way
Redmond, WA 98052

Pharmacare
Attn: Managing Agent
P.O. Box 1240
Blanco, TX 78606

Terminix
Attn: Managing Agent
P.O. Box 2587
Fayetteville, NC 28302

MXR Imaging, Inc.
Attn: Managing Agent
4909 Murphy Canyon Rd, Ste 120
San Diego, CA 92123

Philips Healthcare
Attn: Managing Agent
P.O. Box 100355
Atlanta, GA 30384

TevixMD Corporation
Attn: Managing Agent
P.O. Box 740643
Atlanta, GA 30374

NC Department of Revenue
Attn: Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168

Republic Media
Attn: Managing Agent
2602 Hamrick Court
Winterville, NC 28590

The Rybar Company
Attn: Managing Agent
3150 Owen Road
Fenton, MI 48430

NC Dept. of Health & Human Services
Attn: Legal
1632 Mail Service Center
Raleigh, NC 27699

Republic Services
Attn: Managing Agent
P.O. Drawer 1527
Washington, NC 27889

Thomas W. Waldrep, Ch11 Truste
for CAH Acquistion Co. #1, LLC
370 Knollwood Street, Suite 600
Winston Salem, NC 27103

NC Dept. of Labor
Attn: Legal
1101 Mail Service Center
Raleigh, NC 27699

Roanoke Medical Transport
Attn: Managing Agent
P.O. Box 1308
Walterboro, SC 29488

Town of Plymouth
Attn: Managing Agent
124 E. Water Street
Plymouth, NC 27962

NC Dept. of Labor, DES
Attn: Managing Agent
P.O. Box 26504
Raleigh, NC 27611

Roanoke Therapy Services, Inc.,
Attn: Managing Agent
P.O. Box 1181
Williamston, NC 27892

U.S. Attorney, EDNC
Attn: Civil Process Clerk
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601

US Med-Equip, LLC
Attn: Managing Agent
P.O. Box 4339
Houston, TX 77210


Washington County Tax Office
Attn: Managing Agent
P.O. Box 1007
Plymouth, NC 27962


Waystar
Attn: Managing Agent
1311 Solutions Center
Chicago, IL 60677


Whitecap Linen
Attn: Managing Agent
P.O. Box 539
Columbia, NC 27925


Williams Heating & Cooling
Attn: Managing Agent
760 W. Firetower Road, Ste 107
Winterville, NC 28590


WRMC NC PROPCO LLC
Attn: Managing Agent
P.O. Box 130H
Scarsdale, NY 10583

# United States Bankruptcy Court
## Eastern District of North Carolina

In re    **Centennial Housing & Community Services Corp.**        Case No. _____
                       Debtor(s)        Chapter    **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Centennial Housing & Community Services Corp.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October 29, 2024** _____

Date

**/s/ Jason L. Hendren** _____

**Jason L. Hendren**

Signature of Attorney or Litigant

Counsel for   **Centennial Housing & Community Services Corp.**

**Hendren, Redwine & Malone, PLLC**
**4600 Marriott Drive**
**Suite 150**
**Raleigh, NC 27612**
**(919) 420-7867 Fax:(919) 420-0475**
**jhendren@hendrenmalone.com**