**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**GREENVILLE DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| **CENTENNIAL HOUSING &** ) | Case No. 24-03769-5-JNC |
| **COMMUNITY SERVICES** ) | Chapter 11 |
| **CORPORATION,** ) | |
| ) | |
| **Debtor.** ) | |

## NOTICE OF DISPUTED, UNLIQUIDATED AND CONTINGENT CLAIM

    Pursuant to Rule 3002-1 of the Local Bankruptcy Rules, United States Bankruptcy Court for the Eastern District of North Carolina, Centennial Housing & Community Services Corporation (the "Debtor"), the above-captioned debtor-in-possession, hereby gives notice to the following creditor whose claim is scheduled as disputed, unliquidated or contingent:

| **Creditor** | **Amount Disputed, Unliquidated or Contingent** |
|---|---|
| Diamond Stone Funding, Inc.<br>Attn: Managing Agent<br>1 Paragon Drive<br>Montvale, NJ 07615 | $0.00 |

    This the 30th day of October, 2024.

                                        **HENDREN, REDWINE & MALONE, PLLC**

                                        s/ <u>Lydia C. Stoney</u>
                                        Jason L. Hendren (NC State Bar No. 26869)
                                        Rebecca F. Redwine (NC State Bar No. 37012)
                                        Benjamin E.F.B. Waller (NC State Bar No. 27680)
                                        Lydia C. Stoney (NC State Bar No. 56697)
                                        4600 Marriott Drive, Suite 150
                                        Raleigh, NC 27612
                                        Telephone:  (919) 420-7867
                                        Facsimile:   (919) 420-0475
                                        Email: jhendren@hendrenmalone.com
                                                    rredwine@hendrenmalone.com
                                                    bwaller@hendrenmalone.com
                                                    lstoney@hendrenmalone.com
                                        *Attorneys for the Debtor*

## CERTIFICATE OF SERVICE

I, Lydia C. Stoney, of 4600 Marriott Drive, Suite 150, Raleigh, North Carolina 27612, hereby certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on the 30th day of October 2024, I served a copy of the **NOTICE OF DISPUTED, UNLIQUIDATED AND CONTINGENT CLAIM** on the parties listed below as indicated.

I certify under penalty of perjury that the foregoing is true and correct.

**DATED**: October 30, 2024

                                                **HENDREN, REDWINE & MALONE, PLLC**

                                                s/ Lydia C. Stoney
                                                Jason L. Hendren (NC State Bar No. 26869)
                                                Rebecca F. Redwine (NC State Bar No. 37012)
                                                Benjamin E.F.B. Waller (NC State Bar No. 27680)
                                                Lydia C. Stoney (NC State Bar No. 56697)
                                                4600 Marriott Drive, Suite 150
                                                Raleigh, NC 27612
                                                Telephone:  (919) 420-7867
                                                Facsimile:   (919) 420-0475
                                                Email: jhendren@hendrenmalone.com
                                                               rredwine@hendrenmalone.com
                                                                bwaller@hendrenmalone.com
                                                                lstoney@hendrenmalone.com
                                                *Attorneys for the Debtor*

| | |
|---|---|
| Brian Behr | (via CM/ECF) |
| *Office of the Bankruptcy Administrator* | |
| | |
| Diamond Stone Funding, Inc. | (via U.S. Mail) |
| Attn: Managing Agent | |
| 1 Paragon Drive | |
| Montvale, NJ 07615 | |